FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2020 JUN 17 PH 4: 42

OFFICE OF THE CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DAVONTE BROWN,

Defendant.

**SEALED**

4:20CR3052

INDICTMENT

18 U.S.C. §§ 922(g)(3) and 924(a)(2)

The Grand Jury charges that:

### COUNT ONE

Between, on or about April 17, 2020, and April 21, 2020, in the District of Nebraska, the defendant, DAVONTE BROWN, knowing that he was an unlawful user of a controlled substance, did knowingly possess a firearm, that is, a KelTec SUB2000 9mm rifle, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

By.

MATTHEW R. MOLSEN #22693
Assistant U.S. Attorney

1